# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SHAYLEE TREMPER,

                Plaintiff,

v.

                Case No. 22-CV-98-JPS

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                **ORDER**

                Defendant.

Plaintiff filed a complaint in this matter and a motion for leave to proceed *in forma pauperis*. (Docket #1 and #3). The Court may grant Plaintiff's motion to proceed *in forma pauperis* if it determines that (1) Plaintiff is truly indigent and unable to pay the costs of commencing this action; and (2) Plaintiff's action is neither frivolous nor malicious. 28 U.S.C. §§ 1915(a), (e)(2).

As to the first requirement, the privilege to proceed without payment of costs and fees "is reserved to the many truly impoverished litigants who . . . would remain without legal remedy if such privilege were not afforded to them." *Brewster v. N. Am. Van Lines, Inc.*, 461 F.2d 649, 651 (7th Cir. 1972). In her motion for leave to proceed *in forma pauperis*, Plaintiff made statements about her income, expenses, and assets under oath. (Docket #3). Plaintiff avers that she is unemployed, unmarried, and has no dependents. (*Id.* at 1). She has no monthly income. (*Id.* at 2). She also has no monthly expenses because she lives with her parents, who pay her bills. (*Id.* at 2–4). She does not have assets, aside from a checking account with a

balance of $80. (*Id.* at 3). Based on this information, the Court is satisfied that Plaintiff is indigent and cannot afford the filing fee.

As to the second requirement, the Court cannot say, at this stage, that Plaintiff's action is either frivolous or malicious. Plaintiff submitted a complaint which includes allegations that the administrative law judge ("ALJ") erred in reaching a decision. (*See* Docket #1). If that contention is true, then the Court will be obliged to vacate the ALJ's decision. For the reasons stated herein, the Court will grant Plaintiff's motion for leave to proceed *in forma pauperis*.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* (Docket #3) be and the same is hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 1st day of February, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge